IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>SHAWN JENKINS,<br><br>      Defendant. | 8:10CR413<br><br>**ORDER ON APPEARANCE FOR<br>SUPERVISED RELEASE VIOLATION** |

   The defendant appeared before the Court on April 22, 2020 regarding Amended Petition for Offender Under Supervision [89]. Julie B. Hansen represented the defendant. Susan T. Lehr represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

   The government made an oral motion to dismiss Petition for Offender Under Supervision [86]. The government's oral motion to dismiss Petition for Offender Under Supervision [86] is granted without objection.

   The defendant requested a preliminary hearing which was held. Fed. R. Crim. P. 32.1(b)(1). The court finds probable cause to believe the defendant has violated one or more conditions of supervised release as alleged in the petition and the defendant should be held to answer for a final dispositional hearing. Fed. R. Crim. P. 32.1(b)(1)(C). The defendant shall appear personally for a final dispositional hearing before Senior U.S. District Judge Laurie Smith Camp in Courtroom No. 2, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 11:00 a.m. on June 18, 2020.

   The government moved for detention based upon risk of flight and danger. The defendant is not in federal custody and requests a detention hearing upon coming into federal custody. The defendant shall be afforded the right to a detention hearing upon coming into federal custody and the government's motion for detention is held in abeyance.

2

The defendant shall be returned to the custody of Nebraska state authorities pending the final disposition of this matter. The U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

**IT IS SO ORDERED**.

Dated this 22nd day of April, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge